**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

CHAO FAN XU,
*Defendant-Appellant*.

No. 09-10189

D.C. No.
2:02-CR-00674-
PMP-LRL-1

---

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

YING YI YU,
*Defendant-Appellant*.

No. 09-10193

D.C. No.
2:02-CR-00674-
PMP-LRL-4

---

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

GUO JUN XU,
*Defendant-Appellant*.

No. 09-10201

D.C. No.
2:02-CR-00674-
PMP-LRL-2

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

WAN FANG KUANG,
*Defendant-Appellant*.

No. 09-10202

D.C. No.
2:02-CR-00674-
PMP-LRL-3

ORDER

Filed March 14, 2013

Before: Alfred T. Goodwin, Stephen Reinhardt,
and Mary H. Murguia, Circuit Judges.

## ORDER

The opinion in the above-captioned matter filed on January 3, 2013 is amended as follows:

On slip Opinion page 29, lines 17–18, remove the following text: [, and by placing in the courtroom a face and name chart of all relevant persons]

On slip Opinion page 42, lines 20–23, remove the following text: [The district court also took steps to clarify the names and roles of the parties by placing on display in the courtroom a chart with the faces and names of all relevant persons.]

With the opinion thus amended, the petition for rehearing filed by appellant Chao Fan Xu is DENIED.

No future petitions for rehearing or petitions for rehearing en banc will be entertained.